**Order filed January 14, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00783-CV
_____

**DEBRA GILDER, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF JOHNNY ALLEN GILDER, SR., Appellant**

**V.**

**CECIL BOYKIN, HENRY CHAVEZ, CHRISTINA CHAVEZ, ANDRES ALVARADO, DIANA FRANCISCO, Appellees**

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 18-10-25206**

## O R D E R

Appellant's brief was due January 8, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 8, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.